IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID MALONEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D16-5661

STATE OF FLORIDA,
DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR
VEHICLES,

Respondent.

_____/

Opinion filed June 5, 2017.

Petition for Writ of Certiorari – Original Jurisdiction.

Eilam Isaak, Isaak Law, PLLC, Tampa, for Petitioner.

Christie S. Utt, General Counsel, Natalia Costea, Assistant General Counsel,
Department of Highway Safety and Motor Vehicles, Miami, for Respondent.

PER CURIAM.

The petition for writ of certiorari is DENIED on the merits.

ROBERTS, C.J., LEWIS, and BILBREY, JJ., CONCUR.